# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Twin City Pipe Trades Service Association, Inc., a Minnesota nonprofit corporation,

Plaintiff,

v.

Doug Olson Plumbing, Inc.,

Defendant.

Case No. Civil 01-973 JMR/FLN
**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Plaintiff Twin City Pipe Trades Service Association, Inc. have and recover from Defendant Doug Olson Plumbing, the amount of $2,576.80, which represents $1,607.18 of unpaid fringe benefit contributions and liquidated damages, $112.62 in interest, and $857.00 for reasonable costs and attorneys' fees.

Defendant Doug Olson Plumbing is enjoined and required to post a bond in favor of Plaintiff Twin City Pipe Trades Service Association, Inc., approved by the Service Association Board, or deposit cash, in the amount of $4,500.00, conditioned and sufficient to pay all the benefit payments due for a period of at least three (3) months in advance.

Defendant Dough Olson Plumbing is further permanently enjoined and required to make its benefit contributions once a week not later than three (3) working days, excluding Saturday, Sunday, and holidays, after the close of the weekly period for which contributions are due.

DATE: October 29, 2001

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(8)